UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

March 7, 2011

Mr. Floyd M. Thomas Jr.
Thomas, Hickey & Shepherd L.L.P.
423 North Washington
El Dorado, AR 71730-5615

    RE: Response to Motion for Summary Judgment, Cockrill v. Baptist Health et al.
        4:10-cv-00524-BRW

Dear Counsel:

On February 14, 2011, a Motion for Summary Judgment for Separate Defendant Patricia Vickers was filed in the case referenced above.

The docket reflects that you have not filed a response to the Motion for Summary Judgment. If I have not received a response by 5:00 p.m. on Tuesday, March 15, 2011, I will assume that you believe that the motion is well taken.

Thank you.

                                      Cordially,

                                      /s/ Billy Roy Wilson

Original to the Clerk of the Court
CC:    Mr. Mark D. Wankum, Mr. Scott D. Provencher