UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM 403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

August 9, 2011

Mr. Floyd M. Thomas , Jr.
Thomas, Hickey & Shepherd L.L.P.
423 North Washington
El Dorado, AR 71730-5615

RE: Motion for Summary Judgment, 4:10-cv-00524-BRW

Dear Mr. Thomas:

On July 20, 2011, a Motion for Summary Judgment was filed in the case referenced above.

The docket reflects that you have not filed a response to the Motion for Summary Judgment.  If I have not received a response by 5:00 p.m. on Friday, August 12, 2011, I will assume that you believe that the motion is well taken.

Cordially,

/s/Billy Roy Wilson

cc: Scott D. Provencher
    Mark D. Wankum
    Laura Hensley Smith
    James McCormack, Clerk of Court