IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JANICE COCKRILL, Successor**　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**Special Administrator of the**
**Estate of Betty J. Whatley, deceased**

v.　　　　　　　　　　　　4:10-CV-00524 BRW

**BAPTIST HEALTH,** *et al.*　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

Based on the joint agreement that "in order to accomplish the intention of the parties . . . the full amount of the settlement proceeds are to be deposited with the Clerk of the Court," the Clerk of the Court is directed to receive money in this case and deposit it into an interest bearing account until this Court approves its distribution.[1]

IT IS SO ORDERED this 5th day of March, 2012.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Billy Roy Wilson
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 74.