IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JANICE COCKRILL, Successor Special Administrator of**          **PLAINTIFFS**
**the ESTATE of BETTY J. WHATLEY, Deceased**

**VS.**          **NO.  4:10-cv-00524-BRW**

**BAPTIST HEALTH d/b/a BAPTIST HEALTH MEDICAL CENTERS;**    **DEFENDANTS**
**ABDALLA TAHIRI; PATRICIA VICKERS and JOHN DOE 1-10**

## ORDER SETTING DISTRIBUTION OF PROCEEDS

In accordance with the Order entered approving settlement, I find that the settlement of $950,000[1] received by the Estate of Betty J. Whatley should be distributed as follows[2]:

| | |
|---|---|
| **Centers for Medicaid Services:** | **$48,037.04** |
| **Floyd M. Thomas, Jr.** | **$380,000.00** |
| **Janice Cockrill** | **$152,990.74** |
| **Cathy Moulder** | **$77,990.74** |
| **William Max Whatley** | **$202,990.74** |
| **Randy Whatley** | **$77,990.74** |
| **Jackie Buvens** | **$5,000.00** |
| **Jerry Buvens** | **$5,000.00** |

---

[1] Plaintiff settled with Defendant Dr. Tahiri for $850,000 and with Defendant Baptist Health for $100,000.

[2] Under Ark. Code Ann. § 16-62-102(g):

> The judge of the court in which the claim or cause of action for wrongful death is [] submitted for approval of a compromise settlement, by judgment or order and upon the evidence presented [] in connection with any submission for approval of a compromise settlement, [must] fix the share of each beneficiary, and distribution [must] be made accordingly.

Under Ark. Code Ann§ 16-62-102(d)(1). The beneficiaries of the action are: "the surviving spouse, children, father, mother, brothers, and sisters of the deceased person."

1

| | |
|---|---|
| **Pauline Harris** | **$0.00** |
| **Linda Butts** | **$0.00** |

The Clerk of the Court should make the checks payable to each individual party. Any interest that has accrued should be distributed evenly by the Clerk of the Court amongst Janice Cockrill, Cathy Moulder, William Max Whatley, Randy Whatley, Jackie Buvens, and Jerry Buvens. The Clerk should mail the checks to the law offices of Thomas & Hickey, L.L.P., 423 North Washington Avenue, El Dorado, Arkansas 71730, and Mr. Thomas is ordered to make certain the checks are forwarded to each party.

IT IS SO ORDERED this 4th day of April, 2012.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE